

|  |  |
|---|---|
| Reply to the Attention of | Thomas J. Deutsch |
| Direct Line | 604.691.7445 |
| Direct Fax | 604.893.2679 |
| Email Address | thomas.deutsch@mcmillan.ca |
| Our File No. | 57562V-0032-Correspondence |
| Date | January 23, 2024 |

Via email: aford@fordobrien.com

**Ford O'Brien Landy, LLP**
275 Madison Avenue, 24th Floor
New York, New York, U.S.A.
10016

Dear Mr. Ford:

**Re: Uranium Energy Corp. and Drew Ciccarelli – Stock Option in the Company**

We are counsel to Uranium Energy Corp. (the "**Company**"). We write in response to your letter to the Company, dated January 16, 2024, in your capacity as counsel for Drew Ciccarelli ("**Mr. Ciccarelli**") and his company, TSX Ventures, LLC ("**TSX**").

Pursuant to section 5 of the Stock Option Agreement between the Company and Mr. Ciccarelli dated May 9, 2017 (the "**Agreement**"), any unvested stock options granted pursuant to the Agreement terminated immediately upon the termination of Mr. Ciccarelli's contractual relationship with the Company.

TSX's/Mr. Ciccarelli's contractual relationship with the Company ended on August 9, 2017 (the "**Termination Date**"), which you acknowledged in your letter dated March 21, 2022. As at the Termination Date, only 12,500 stock options in the Company contemplated by the Agreement (the "**Vested Options**") had vested. The remaining 37,500 stock options that had not yet vested immediately terminated on the Termination Date.

Pursuant to the Agreement, TSX/Mr. Ciccarelli was entitled to exercise the Vested Options by November 9, 2017. This was not done. TSX/Mr. Ciccarelli is not entitled to exercise them now.

The Company intends to vigorously defend any claim made by TSX/Mr. Ciccarelli in relation to this matter, including by raising the defence that any such claim brought by TSX/Mr. Ciccarelli is statute barred, and will seek any and all costs available to it for having to defend such claims.

Yours truly,

Thomas Deutsch*
for **McMillan LLP**

* Law Corporation
cc:     The Company; CEO and CFO

McMillan LLP | Royal Centre, 1055 W. Georgia St., Suite 1500, PO Box 11117, Vancouver, BC, Canada V6E 4N7 | t 604.689.9111 | f 604.685.7084
Lawyers | Patent & Trade-mark Agents | Avocats | Agents de brevets et de marques de commerce
Vancouver | Calgary | Toronto | Ottawa | Montréal | Hong Kong | mcmillan.ca
LEGAL_43051393.2